IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas Jefferson University Hospitals,   :
Inc.,   :
                Petitioner   :
  :
     v.   :
  :
Pennsylvania Department of Labor and   :
Industry, Bureau of Labor Law Compliance, :
             Respondent :      No. 2275 C.D. 2014

# **O R D E R**

NOW, February 17, 2016, upon consideration of petitioner's application for reargument and respondent's and intervenor's answers in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge